WILSON TURNER KOSMO LLP
CLAUDETTE G. WILSON (110076)
LOIS M. KOSCH (131859)
MERYL C. MANEKER (188342)
CAROLINA BRAVO-KARIMI (259409)
KRYSTAL N. WEAVER (286930)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: cwilson@wilsonturnerkosmo.com
E-mail: lkosch@wilsonturnerkosmo.com
E-mail: mmaneker@wilsonturnerkosmo.com
E-mail: cbravo-karimi@wilsonturnerkosmo.com
E-mail: kweaver@wilsonturnerkosmo.com

Attorneys for Defendants
PETCO ANIMAL SUPPLIES, INC. and
PETCO HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Erik Kellgren, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PETCO ANIMAL SUPPLIES, INC.; PETCO HOLDINGS, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 13-cv-00644-L-KSC<br><br>**DEFENDANTS PETCO ANIMAL SUPPLIES, INC. AND PETCO HOLDINGS, INC.'S SECOND NOTICE OF RELATED CASES**<br><br>Complaint Filed: March 19, 2013<br><br>District Judge: Hon. M. James Lorenz<br>Courtroom: 5B (Schwartz)<br><br>Magistrate Judge: Karen S. Crawford<br><br>Trial Date: Not Set |

Case No. 13-cv-00644-L-KSC
DEFENDANTS PETCO ANIMAL SUPPLIES, INC. AND PETCO HOLDINGS, INC.'S SECOND NOTICE OF RELATED CASE

PLEASE TAKE NOTICE that, pursuant to Local Rule 40.1(f), Defendants PETCO ANIMAL SUPPLIES, INC. and PETCO HOLDINGS, INC. (Petco) notify the Court of the following related cases:

(1) *Lee v. Petco Animal Supplies, Inc., Petco Animal Supplies Stores, Inc., and Petco Holdings, Inc. LLC*, Circuit Court of the State of Oregon, County of Multnomah, 16-cv-34943, filed on October 21, 2016.

(2) *Hecker v. Petco Animal Supplies Stores, Inc., and Petco Holdings, Inc.*, Northern District of Illinois, Eastern Division, Civil Action No. 1:16-cv-10857, filed on November 23, 2016.

The instant action and the related cases listed above "[i]nvolve some of the same parties and are based on the same or similar claims" and "[i]involve substantially the same facts and same questions of law." Local Rule 40.1(g). Pursuant to Local Rule 40.1(f), for the reasons sets forth below, Petco believes assignment to a single district judge, if available, is likely to effect a saving of judicial effort and other economies:

1. The pending matter, and the related Oregon state case (*Lee v. Petco Animal Supplies, Inc., Petco Animal Supplies Stores, Inc., and Petco Holdings, Inc. LLC*, 16-cv-34943) and related Northern District of Illinois case (*Hecker v. Petco Animal Supplies Stores, Inc., and Petco Holdings, Inc.*, Civil Action No. 1:16-cv-10857), are rooted in the contention Petco purportedly misclassified the individuals employed as Assistant Managers in its stores as exempt from overtime pay provisions. Plaintiffs in both actions, on behalf of themselves and other current and former Assistant Managers, allege they are entitled to wages for overtime work for which they did not receive overtime premium pay. The pending matter is a conditionally certified collective action brought under the Fair Labor Standards Act on behalf of individuals nationwide (except California), including Oregon and Illinois. *Lee* is currently a single plaintiff action brought under Oregon's labor law. *Hecker* is a

putative class action brought under Illinois labor law on behalf of Illinois individuals. However, because Oregon's and Illinois' overtime wage laws essentially mirror the FLSA requirements, these claims are substantially similar. See *Quimby v. Dutch Mining, LLC.,* 2008 U.S. Dist. LEXIS 114444 (D. Or. 2008); *Harper v. Wilson*, 302 F. Supp. 2d 873, 883 (N.D. Ill. 2004).

2. The same lawyers who represent Plaintiff and the collective here represent Plaintiff in *Lee* and *Hecker*.

3. The Plaintiffs in *Lee* and *Hecker* have each filed a consent to join the instant action, (Dkt. Nos. 103-1, 106), and thus, are each a "party plaintiff" in this case. 29 U.S.C. § 216(b).

4. Because of the substantially similar facts and questions of law, discovery conducted in *Lee* and *Hecker* will be duplicative of much of the discovery conducted in this action thus far as well as the discovery that is scheduled to be conducted.

Dated: November 30, 2016 **WILSON TURNER KOSMO LLP**

By: /s/Carolina Bravo-Karimi

CLAUDETTE G. WILSON
cwilson@wilsonturnerkosmo.com
LOIS M. KOSCH
lkosch@wilsonturnerkosmo.com
MERYL C. MANEKER
mmaneker@wilsonturnerkosmo.com
CAROLINA BRAVO-KARIMI
cbravo-karimi@wilsonturnerkosmo.com
KRYSTAL N. WEAVER
kweaver@wilsonturnerkosmo.com

Attorneys for Defendants
PETCO ANIMAL SUPPLIES, INC. and
PETCO HOLDINGS, INC.

01452920.DOC