WILSON TURNER KOSMO LLP
CLAUDETTE G. WILSON (110076)
LOIS M. KOSCH (131859)
MERYL C. MANEKER (188342)
KATHERINE M. MCCRAY (243500)
CAROLINA BRAVO-KARIMI (259409)
KRYSTAL N. WEAVER (286930)
550 West C Street, Suite 1050
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:  (619) 236-9669
E-mail:  cwilson@wilsonturnerkosmo.com
E-mail:  lkosch@wilsonturnerkosmo.com
E-mail:  mmaneker@wilsonturnerkosmo.com
E-mail:  kmccray@wilsonturnerkosmo.com
E-mail:  cbravo-karimi@wilsonturnerkosmo.com
E-mail:  kweaver@wilsonturnerkosmo.com

Attorneys for Defendants
PETCO ANIMAL SUPPLIES, INC. and
PETCO HOLDINGS, INC. LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erik Kellgren, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PETCO ANIMAL SUPPLIES, INC.; PETCO HOLDINGS, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 13-cv-00644-L-KSC<br><br>**STATEMENT RE STATUS OF DISPUTE REGARDING OPT-IN PLAINTIFFS' RESPONSES TO RFA NO. 7**<br><br>Complaint Filed:  March 19, 2013<br><br>District Judge:  Hon. M. James Lorenz<br>Courtroom:  5B (Schwartz)<br><br>Magistrate Judge:  Karen S. Crawford<br><br>Trial Date:  Not Set |

1    Pursuant to the Minute Order issued by the Court on November 29, 2016, (Dkt.

2  No. 189) and instructions provided by the Court on December 5, 2016, Plaintiff Erik

3  Kellgren ("Plaintiff") and Defendants Petco Animal Supplies, Inc. and Petco

4  Holdings, Inc. ("Petco"), by and through their undersigned counsel, hereby advise the

5  Court that the Parties have resolved their dispute with respect to Request for

6  Admission No. 7 ("RFA No. 7") which is a subject of the Joint Motion for the

7  Resolution of a Discovery Dispute Regarding Opt-In Plaintiffs' Responses to Petco's

8  Request for Admission No. 7 and Other Matters ("Joint Motion"), filed November 4,

9  2016, (Dkt. No. 180).

10    The Joint Motion sought an order compelling a response to RFA No. 7 from the

11  46 Opt-In Plaintiffs whose responses to Petco's written discovery were due on

12  September 21 and 30, 2016.  The Parties have agreed to resolve this dispute, as

13  follows:

14    For the 31 Opt-In Plaintiffs in this group who have either produced an Assistant

15  Manager performance evaluation in response to Petco's written discovery (Opt-In

16  Plaintiff Stephen Black) or for whom Petco has previously produced Assistant

17  Manager performance evaluations, these Opt-In Plaintiffs will respond to RFA No. 7

18  no later than December 30, 2016; [1] and

19    For the additional 15 Opt-In Plaintiffs in this group, Petco will produce the

20  personnel records it has agreed to produce in response to Plaintiff's Third Request for

21  Production of Documents, including Assistant Manager performance evaluations, for

22

23

---

24  [1]  The 30 Opt-In Plaintiffs for whom Petco has produced documents are:  Bryan

25  Akins, Pete Allick, Mathew Anderson, Patrick Arnold, Ann Bingham, Michael
    Bomboy, Irene Brooks, Donna Capurso, Giavanna Cargill, David Carlock, Michael

26  Coffey, Alan Cook, Maria Cote, Devin Dalton, Karen Dehn, Adam Eberhardt,
    Candice Gaudenzi, Sarah Gutkowski-Severson, April Hamm, Megan James, Charles

27  Kerr, Kristin Kovar, Matthew Kinnard, Stephanie Mazourek, John Newman, Monica

28  Petrillo, Stephanie Robitaille, Frank Smego, Jared Soper, and On Tong.

**STATEMENT RE STATUS OF DISPUTE RE RFA NO. 7**

1  11 of these Opt-In Plaintiffs, on or before December 14, 2016 and these 11 Opt-In

2  Plaintiffs will respond to RFA No. 7, on or before January 13, 2017.[2]

3       The Parties have further reached an agreement regarding the 72 additional Opt-

4  In Plaintiffs who have been selected to respond to Petco's written discovery, though

5  their responses to RFA No. 7 were not the subject of the Joint Motion.  With respect

6  to the four Opt-In Plaintiffs who have produced Assistant Manager performance

7  evaluations in response to Petco's written discovery (Cynthia Marscher, Jonathan

8  Ocasio, Byron Tankersley and Christopher Urioste), these Opt-In Plaintiffs will

9  respond to RFA No. 7 no later than December 30, 2016.  For the remainder of this

10  group, Petco will complete its production of the personnel records it has agreed to

11  produce in response to Plaintiff's Third Request for Production of Documents,

12  including any Assistant Manager performance evaluations on or before December 23,

13  2016.  Any Opt-In Plaintiffs for whom performance evaluations are produced will

14  respond to RFA No. 7 by January 23, 2017.

15

16

17

18

19

20

21

22

23

24

25

26

27  [2]  These 11 Opt-In Plaintiffs are:  Denise Acker, Amanda Allgood, Rebecca Bors,
Barbara Busch, Timothy Eplion, Lhaika Fortuney, Scott Goldstein, Roberto Gomez,
28  Therese Kopchinski, Domenick Roberti, and Noreen Rogers.

-2-                                    Case No. 13-cv-00644-L-KSC

**STATEMENT RE STATUS OF DISPUTE RE RFA NO. 7**

1     Dated:    December 7, 2016     **KLAFTER OLSEN & LESSER LLP**

2

3                           By:    s/Fran L. Rudich
                                      FRAN L. RUDICH

4                                       Attorneys for Plaintiff ERIK KELLGREN

5

6    Dated:    December 7, 2016     **WILSON TURNER KOSMO LLP**

7                                 By:    s/Meryl C. Maneker

8                                       CLAUDETTE G. WILSON
                                      cwilson@wilsonturnerkosmo.com

9                                       LOIS M. KOSCH
                                      lkosch@wilsonturnerkosmo.com

10                                      MERYL C. MANEKER
                                      mmaneker@wilsonturnerkosmo.com

11                                      CAROLINA BRAVO-KARIMI
                                      cbravo-karimi@wilsonturnerkosmo.com

12                                      KRYSTAL N. WEAVER
                                      kweaver@wilsonturnerkosmo.com

13

14                                      Attorneys for Defendants
                                     PETCO ANIMAL SUPPLIES, INC. and
                                     PETCO HOLDINGS, INC. LLC

15

16

17

18                               **SIGNATURE CERTIFICATION**

19         Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies

20 and Procedures Manual, I hereby certify that the content of this document is

21 acceptable to Fran L. Rudich, counsel for Plaintiff, Erik Kellgren, and that I have

22 obtained Ms. Rudich's authorization to affix her electronic signature to this document.

23                                    s/ Meryl C. Maneker
                                   MERYL C. MANEKER

24

25

26

27

28

           Case No. 13-cv-00644-L-KSC

**STATEMENT RE STATUS OF DISPUTE RE RFA NO. 7**